UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Michael S. Booker                        Docket No. 5:14-MJ-1875-1

**Petition for Action on Probation**

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael S. Booker, who, upon an earlier plea of guilty to Driving While Impaired-Level 2, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge on February 4, 2015, to a 12-month term of probation under the conditions adopted by the court. On April 10, 2015, as a result of the defendant committing the offense of Driving While License Revoked, the conditions of probation were modified to include three additional days of imprisonment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On June 1, 2015, Booker committed the offense of Driving While License Revoked (15 CR 710780) in Cumberland County, North Carolina. He admitted to this probation officer that he operated a motor vehicle while not properly licensed. As a sanction for this conduct and in an effort to deter future criminal conduct, we are recommending that the conditions of probation be modified to include five additional days of imprisonment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of five additional days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

                                                     I declare under penalty of perjury that the foregoing is true and correct.
                                                     /s/ Keith W. Lawrence
                                                     Keith W. Lawrence
                                                     Senior U.S. Probation Officer
                                                     310 Dick Street
                                                     Fayetteville, NC 28301-5730
                                                     Phone: 910-354-2538
                                                     Executed On: June 4, 2015

**ORDER OF THE COURT**

Considered and ordered this __4th__ day of __June__, 2015 and ordered filed and made a part of the records in the above case.

/s/ Kimberly A. Swank
Kimberly A. Swank
U.S. Magistrate Judge